STATE v. WHITTED

No. 358P90

Case below: 99 N.C.App. 502

Petition by defendant for temporary stay allowed 7 August 1990.

STATE v. WISE

No. 172P90

Case below: 97 N.C.App. 667

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

SUNSET BEACH TAXPAYERS ASSN. v. SUNSET BEACH AND TWIN LAKES, INC.

No. 289P90

Case below: 98 N.C.App. 700

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

SYKES v. HIATT

No. 293P90

Case below: 98 N.C.App. 688

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

THEOKAS v. THEOKAS

No. 205P90

Case below: 97 N.C.App. 626

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.